HURRELL CANTRALL LLP
300 SOUTH GRAND AVENUE, SUITE 1300
LOS ANGELES, CALIFORNIA 90071
TELEPHONE (213) 426-2000

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CHRYSIE ANAGNOSTOU, as Personal Representative of the Estate of STELLA SUMMERS, and individually,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, ZHAOJUN HUANG, individually; LUZMINDA WEE, individually; MARA ALEJANDRA SIGALOS-RIVERA, individually; JEFFREY BERNARD CANCEKO, individually; DANIEL LEE JOHNSON, individually; ARNOLD TSAI, individually; IRENE PETROVICH, individually; MARIA LITCHEL CAPIRAL, individually; EDITH EZEANI, individually; SABRINA REGENSBURG, individually; STEPHANIE ZANBRANO, individually; LUCIA SANDRA GONZALEZ, individually; SULLIVAN; individually; SAMUEL TOMICH, individually; MORRIS, individually; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-08111-VAP-PLA<br><br>*DISCOVERY RELATED MATTER*<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER** |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted.**

**IT IS SO ORDERED.**

DATED: _____June 16_____, 2020    _____

PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE