```
 1  The Sehat Law Firm, PLC
    Cameron Sehat, Esq. (SBN: 256535)
 2  Email: Cameron@Sehatlaw.com
 3  Kelly Hatfield, Esq. (SBN: 336377)
    Email: Kelly.H@Sehatlaw.com
 4  19800 Macarthur Blvd., Suite 1000
 5  Irvine, CA 92612
    Telephone: (949) 825-5200
 6
 7  Attorneys For Chrysie Anagnostou, Personal
 8  Representative to the Estate of Stella Summers and in her Individual Capacity
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRYSIE ANAGNOSTOU, as Personal Representative of the Estate of STELLA SUMMERS, and individually<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, ZHAOJUN HUANG, individually; LUZMINDA WEE individually; MARA ALEJANDRA SIGALOS-RIVERA, individually; JEFFREY BERNARD CANCEKO, individually; DANIEL LEE JOHNSON, individually; ARNOLD TSAI, individually; IRENA PETROVICH, individually; MARIA LITCHEL CAPIRAL, individually; EDITH EZEANI, individually; SABRINA REGENSBURG, individually; STEPHANIE ZANBRANO, individually; LUCIA SANDRA GONZALEZ, individually SULLIVAN, individually; SAMUEL TOMICH; individually; MORRIS, individually; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-08111-JWH-PLAx<br><br>*[The Hon. John W. Holcomb]*<br><br>**PLAINTIFF'S NOTICE OF NEW EXHIBITS IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**<br><br>[Filed concurrently with Joint Supplemental Briefing]<br><br>Trial Date: TBD<br><br>Date: December 3, 2021<br>Time: 9:00 a.m.<br>Courtroom: 2 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff has included the transcripts from the depositions of Dr. Morris and Dr. O'Sullivan, which took place on August 19, 2021, in the Supplemental Joint Exhibit. These transcripts were previously not included in Plaintiff's exhibit materials.

Dated: November 9, 2021         THE SEHAT LAW FIRM, PLC

                                */s/ Cameron Sehat*
                                Cameron Sehat, Esq.
                                Attorney for Plaintiff