UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 19-08111-JWH (PLAx) | Date | December 3, 2021 |
| Title | *Chrysie Anagnostou, et al. v. Los Angeles County, et al.* | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Cameron Sehat | Thomas C. Hurrell |
| Kelly Michelle Hatfield | Nzhdeh Aghazaryan |
| | Daniel P. Barer |

**Proceedings:   VIDEO HEARING RE: DEFENDANTS' PARTIAL MOTION FOR SUMMARY JUDGMENT OF PLAINTIFF'S SECOND AMENDED COMPLAINT [ECF No. 115]**

Counsel state their appearances.  The Court confers with counsel and hears oral argument.  The Court takes the matter under submission.

If the parties wish to participate in a settlement conference before the Magistrate Judge, they may contact the Courtroom Deputy Clerk by email at JWH_Chambers@cacd.uscourts.gov.

**IT IS SO ORDERED.**

Time:  01:11
Initials of Preparer: iv