THE SEHAT LAW FIRM, PLC
Cameron Sehat, Esq. (SBN: 256535)
Email: Cameron@sehatlaw.com
Mónica Reyes-Santiago, Esq. (SBN: 33980)
monica.rs@sehatlaw.com
19800 MacArthur Blvd., Suite 1000
Irvine, CA 92612
Telephone: (949) 825-5200

Attorneys for Chrysie Anagnostou, as Personal Representative to the Estate of Stella Summers and in her individual capacity

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRYSIE ANAGNOSTOU, as Personal Representative of the Estate of STELLA SUMMERS, and individually,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, ZHAOJUN HUANG, individually; LUZMINDA WEE, individually; MARA ALEJANDRA SIGALOS-RIVERA, individually; JEFFREY BERNARD CANCEKO, individually; DANIEL LEE JOHNSON, individually; ARNOLD TSAI, individually; IRENE PETROVICH, individually; MARIA LITCHEL CAPIRAL, individually; EDITH EZEANI, individually; SABRINA REGENSBURG, individually; STEPHANIE ZANBRANO, individually; LUCIA SANDRA GONZALEZ, individually; SULLIVAN; individually; SAMUEL TOMICH, individually; MORRIS, individually; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-08111-JWH-PLAx<br><br>STIPULATION TO DISMISS INDIVIDUAL NAMED DEFENDANTS WITHOUT PREJUDICE |

It is hereby stipulated between the parties that:

Plaintiff agrees to voluntarily dismiss Defendants Zhaojun Huang, Luzminda Wee, Mara Alejandra Sigalos-Rivera, Jeffrey Bernard Canceko, Daniel Lee Johnson, Arnold Tsai, Irene Petrovich, Maria Litchel Capiral, Edith Ezeani, Sabrina Regensburg, Stephanie Zanbrano, Lucia Sandra Gonzalez, Deidre O'Sullivan, Samuel Tomich and Susie Morris without prejudice.

DATED: January 12, 2022                HURRELL CANTRALL LLP

                                        */s/ Thomas. C. Hurrell*
Thomas C. Hurrell
Attorneys for defendants Mara Alejandra Sigalos Rivera, Jeffery Bernard Canceko, Arnold Tsai, Daniel Johnson, Luz Minda Wee, Edith Ezeani, Sabrina Regensburg, Samuel Tomich, Stephanie Zambrano, Zhaojun Huang, Irena Petrovich, Lucia Sandra Gonzalez, Maria Litchel Capiral, Deidre O'Sullivan (errouneously sued as Sullivan) and Lisa Morris (erroneously sued as Morris)

DATED: January 12, 2022                THE SEHAT LAW FIRM, PLC

                                        */s/Cameron Sehat*
Cameron Sehat, Esq., Attorney for Plaintiff Chrysie Anagnostou

I certify that the parties to this stipulation have agreed to its terms and have agreed that it may be filed with the court.

                                        */s/Mónica Reyes-Santiago*
Mónica Reyes-Santiago, Esq.