THE SEHAT LAW FIRM, PLC
Cameron Sehat, Esq. (SBN: 256535)
Email: Cameron@sehatlaw.com
Mónica Reyes-Santiago, Esq. (SBN: 339807)
monica.rs@sehatlaw.com
19800 MacArthur Blvd., Suite 1000
Irvine, CA 92612
Telephone: (949) 825-5200

Attorneys for Chrysie Anagnostou, as Personal Representative to the Estate of Stella Summers and in her individual capacity

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRYSIE ANAGNOSTOU, as Personal Representative of the Estate of STELLA SUMMERS, and individually,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES,<br><br>Defendant. | Case No.: 2:19-cv-08111-JWH-PLAx<br><br>**NOTICE OF CONDITIONAL SETTLEMENT** |

TO THE HONORABLE COURT AND TO ALL PARTIES AND COUNSEL:

PLEASE TAKE NOTICE in accordance with L.R. 16-15.7 and L.R. 40-2 that counsel for the parties have agreed on a tentative global settlement terms in this matter, subject to approval by the County of Los Angeles Board of Supervisors. The matter will be placed on the Board's closed session agenda for their formal consideration. In the meantime, the parties request that the Court vacate all pending litigation dates and deadlines so as to permit conservation of client time and resources. The parties further request that a status conference be set in this matter between 90-120 days from this date to assess any further need for this Court's jurisdiction over their case.

Upon finalization of the settlement and the execution of a mutually agreed upon release, the entire case and Defendant County of Los Angeles shall be dismissed with prejudice. All parties intend to file a Stipulation for Dismissal of the Second Amended Complaint with Prejudice pursuant to the approved settlement of this matter upon delivery of the Settlement Draft.

Dated: January 31, 2022       THE SEHAT LAW FIRM, P.L.C.

By: */s/ Cameron Sehat*_____
   Cameron Sehat, Esq.
   Attorneys for Plaintiff

Dated: January 31, 2022       HURREL CANTRALL LLP

By: */s/ Thomas C. Hurrell*
   Thomas C. Hurrell
   Attorney for Defendant

**ATTESTATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I hereby attest that Thomas C. Hurrell, Counsel for Defendants, concur in the filing's content and have authorized this filing.

By: /s/ Cameron Sehat
       Cameron Sehat
       Attorney for Plaintiff